UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KASEEM WILLIAMS,

        Plaintiff,

-against-

NEW YORK STATE UNIFIED COURT SYSTEM, *et al.*,

        Defendants.

20-CV-331 (CM)

CIVIL JUDGMENT

Pursuant to the order issued March 9, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 9, 2020
       New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge